No. 932 (October Term, 1930). ART METAL CONSTRUCTION CO. v. UNITED STATES; and

No. 933 (October Term, 1930). ZELLER ET AL. v. SAME.

May 8, 1933. The mo-

tions for leave to file petitions for rehearing in the above-entitled causes are severally denied. *Bronson* v. *Schulten,* 104 U.S. 410, 415; *United States* v. *Mayer,* 235 U.S. 55, 67. *Messrs. Dana B. Hellings, Frederick C. Slee,* and *Ralph Ulsh* for the applicants. For previous decisions, see 283 U.S. 863; 47 F. (2d) 558; and 46 F. (2d) 1023.